FILED

NOV 27 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERNESTO ANTONIO<br>    ARELLANOS-SANTIAGO,<br><br>    Defendant. | Criminal Case No. 07CR 3175-WQH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about _____4/2004_____, within the Southern District of California, defendant ERNESTO ANTONIO ARELLANOS-SANTIAGO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

ABC:rp:San Diego
11/8/07

<u>Count 2</u>

On or about _____MAY 2005_____, within the Southern District of California, defendant ERNESTO ANTONIO ARELLANOS-SANTIAGO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

<u>Count 3</u>

On or about October 21, 2007, within the Southern District of California, defendant ERNESTO ANTONIO ARELLANOS-SANTIAGO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _____11/27/07_____.

KAREN P. HEWITT
United States Attorney

/s/ Michelle M. Pettit
~~AARON B. CLARK~~
Assistant U.S. Attorney