AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ERNESTO ANTONIO ARELLANOS-SANTIAGO | CASE NUMBER: |

I, ERNESTO ANTONIO ARELLANOS-SANTIAGO, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/27/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
NOV 27 2007